AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States␣District Court
Southern District of Texas
FILED

JAN 1 2 2016

David J. Bradley, Clerk of Court

United States of America
v.

Ruben De Jesus Ortiz-Ledesma
YOB: 1984  CITIZENSHIP: Mexico

*Defendant(s)*

Case No. M-16-0080-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 11, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | Did knowingly attempt to import approximately 25.18 kilograms of cocaine, a schedule II controlled substance, into the U.S. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Approved by David A. Lindenmuth

_____
Complainant's signature

Irineo Garza Jr., U.S. HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/12/2016  8:40 am

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

"Attachment A"

On January 11, 2016, Department of Homeland Security (DHS), Homeland Security Investigations McAllen, Texas Office (HSI McAllen) received information from Customs and Border Protection (CBP), Office of Field Operation (OFO), Hidalgo, Texas Port of Entry (Hidalgo POE) in reference to the seizure of approximately 25.18 kilograms of cocaine. The cocaine was located within a hidden compartment in a vehicle attempting to make entry into the United States. The driver, and sole occupant of the vehicle, was identified as Ruben De Jesus ORTIZ-Ledesma.

During a post Miranda interview, ORTIZ-Ledesma stated he was the owner of the vehicle where the narcotics were discovered. ORTIZ-Ledesma stated he had purchased the vehicle approximately four months prior and would cross into the United States on a regular basis. When ORTIZ-Ledesma was advised approximately 24 kilograms of cocaine had been found within a compartment in his vehicle, he showed no outward sign of surprise or emotion, and he only answered that he knew nothing about the narcotics. ORTIZ-Ledesma continued to state he knew nothing of the narcotics in the vehicle and not until he was asked if anyone else had driven the vehicle, did he say he had loaned the vehicle to a friend of his three days prior.

When asked, at different points during the interview, ORTIZ-Ledesma provided inconsistencies in regards to his friend's name. ORTIZ-Ledesma also stated there would be no way to contact his friend to verify the information provided. ORTIZ-Ledesma stated he did not have his friend's phone number. ORTIZ-Ledesma also stated neither he nor his friend would have a receipt for the mechanical work done to the vehicle.